IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMERON RITCHIE #EM7629<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERIE COUNTY PRISON, MAJOR ALLEN COPELAND, CAPTAIN VINCENT KINNANE, CAPTAIN DAN FUHRMAN, CAPTAIN JOHN BUETTNER and SERGEANT P.J. ANDERSON,<br><br>　　　　Defendants. | C.A. No. 02-353 ERIE<br><br>District Judge McLaughlin<br>Magistrate Judge Baxter<br><br>**PRAECIPE TO SUBSTITUTE APPEARANCE**<br><br>Filed on Behalf of Defendants:<br><br>**ERIE COUNTY PRISON, MAJOR ALLEN COPELAND, CAPTAIN VINCENT KINNANE, CAPTAIN DAN FUHRMAN, CAPTAIN JOHN BUETTNER and SERGEANT P.J. ANDERSON**<br><br>Counsel of Record for This Party:<br><br>ROBERT J. GRIMM, ESQ.<br>PA ID #55381<br><br>Swartz Campbell LLC<br>Suite 4750<br>U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219<br><br>(412) 560-3267 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAMERON RITCHIE #EM7629

        Plaintiff,

vs.

ERIE COUNTY PRISON, MAJOR
ALLEN COPELAND, CAPTAIN
VINCENT KINNANE, CAPTAIN DAN
FUHRMAN, CAPTAIN JOHN
BUETTNER and SERGEANT P.J.
ANDERSON,

        Defendants.

C.A. No. 02-353 ERIE

District Judge McLaughlin
Magistrate Judge Baxter

## PRAECIPE TO SUBSTITUTE APPEARANCE

TO:    Prothonotary:

Kindly substitute the Appearance of Robert J. Grimm, Esquire and the law firm of Swartz Campbell LLC and withdraw the Appearance of Israel, Wood & Grimm, P.C. on behalf of the defendants.

SWARTZ CAMPBELL LLC

By: _____
Robert J. Grimm, Esquire
Attorney for Defendants.

PA I. D. No. 55381
Suite 4750, U. S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
(412) 560-3267

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the within **Praecipe to Substitute Appearance** was served via First-class mail, postage prepaid to the following counsel on the 15th day of September 2005.

>Mr. Cameron Ritchie
>SCI – Somerset
>1600 Walter Mill Road
>Somerset, PA  15510

>_____
>Robert J. Grimm, Esquire