**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAMERON RITCHIE, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 02-353 Erie |
| v. ) | |
| ) | |
| ERIE COUNTY PRISON, et al., ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on December 19, 2002, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 69], filed on October 26, 2005, recommended that Defendants' motion for summary judgment [Doc. No. 55] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th day of November, 2005;

IT IS HEREBY ORDERED that the Defendant's motion for summary judgment [Doc. No. 55] is GRANTED.

The Report and Recommendation [Doc. No. 69] of Magistrate Judge Baxter, filed on October 26, 2005, is adopted as the opinion of the Court.

                                                          s/   Sean J. McLaughlin
                                                             United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge